# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Nicholas-Cyrus Lohar, secured party/trustee, private individual, ambassador, *Plaintiff* v. Mark Hammond; Henry McMaster; Jefferson Sessions; Keith I. Barton; Melanie J. Debose; Barry L. Thompson, II; Robert J. Harte; Souther Healthcare Partners; James Hettich; Michael Hunt; Eric Riddell; Rick Osban, *Defendants* | ) ) ) ) ) ) | Civil Action No. 1:18-cv-00023-DCC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___%, plus postjudgment interest at the rate of ___%, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ The plaintiff, Nicholas-Cyrus Lohar, shall take nothing of the defendants, Mark Hammond; Henry McMaster; Jefferson Sessions; Keith I. Barton; Melanie J. Debose; Barry L. Thompson, II; Robert J. Harte; Souther Healthcare Partners; James Hettich; Michael Hunt; Eric Riddell; Rick Osban, and this action is dismissed without prejudice.

This action was *(check one)*:
❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Donald C. Coggins, Jr., United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the complaint without prejudice.

Date:   March 15, 2018                         *ROBIN L. BLUME, CLERK OF COURT*

                                                            s/M. Walker
                                              _____
                                              *Signature of Clerk or Deputy Clerk*